U.S.C.A. — 7th Circuit
R E C E I V E D

DEC - 8 2009  RJT

GINO J. AGNELLO
CLERK

U.S.C.A. — 7th Circuit
F I L E D
DEC 8 - 2009
GINO J. AGNELLO
CLERK

No. 09-1744

IN THE
UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | | |
|---|---|---|
| JOSEPH SMITH, | ) | Appeal from the United States |
| | ) | District Court for the Northern |
| Petitioner-Appellant, | ) | District of Illinois, Eastern Division |
| | ) | |
| v. | ) | No. 00 C 4482 |
| | ) | |
| SCOTT MCKEE, Acting Warden, | ) | The Honorable |
| | ) | Joan B. Gottschall, |
| Respondent-Appellee. | ) | Judge Presiding. |

## CIRCUIT RULE 43 NOTICE

Pursuant to Circuit Rule 43 and this Court's October 1, 2009 Order, notice is hereby given that petitioner-appellant Joseph Smith has been transferred to Western Illinois Correctional Center, where Scott McKee is Acting Warden. Accordingly, pursuant to Fed. R. App. P. 43(c) and Circuit Rule 43, Scott McKee is substituted as respondent-appellee for Donald Gaetz.

December 8, 2009

Respectfully submitted,

LISA MADIGAN
Attorney General of Illinois

By: /s/ Eldad Z. Malamuth

ELDAD Z. MALAMUTH
Assistant Attorney General
100 West Randolph Street, 12th Floor
Chicago, Illinois 60601
(312) 814-2235

STATE OF ILLINOIS    )
                     )  ss.
COUNTY OF COOK       )

## PROOF OF SERVICE

      The undersigned deposes and states that a copy of the foregoing **Circuit Rule 43 Notice** was served upon the below-named party on December 8, 2009, by depositing the same in the United States mail at 100 West Randolph Street, Chicago, Illinois, in an envelope bearing sufficient first-class postage before 5 p.m.

Patrick W. Blegen
53 West Jackson Boulevard
Suite 1437
Chicago, Illinois 60604

_____

SUBSCRIBED and SWORN to before me
this 8th day of December, 2009

_____
Notary Public

OFFICIAL SEAL
MARION WEBB
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 2-16-2011