# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## FINAL JUDGMENT

March 16, 2010

BEFORE:   RICHARD A. POSNER, Circuit Judge
JOEL M. FLAUM, Circuit Judge
DIANE S. SYKES, Circuit Judge

| No.: 09-1744 | JOSEPH SMITH,<br>Petitioner - Appellant<br><br>v.<br><br>SCOTT MCKEE,<br>Respondent - Appellee |
|---|---|

**Originating Case Information:**

District Court No: 1:00-cv-04482
Northern District of Illinois, Eastern Division
District Judge Joan B. Gottschall

The judgment of the District Court is AFFIRMED in accordance with the decision of this court entered on this date.

form name: **c7_FinalJudgment** (form ID: **132**)