## UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF RECORD RETURN

September 2, 2010

To: Michael W. Dobbins
UNITED STATES DISTRICT COURT
Northern District of Illinois
Chicago , IL 60604-0000

| No.: 09-1744 | JOSEPH SMITH, Petitioner - Appellant<br><br>v.<br><br>SCOTT MCKEE, Respondent - Appellee |
|---|---|

**Originating Case Information:**

District Court No: 1:00-cv-04482
Northern District of Illinois, Eastern Division
District Judge Joan B. Gottschall

The mandate or agency closing letter in this cause issued on April 7, 2010.
Returned herewith is the record which was transmitted to this court.

| RECORD ON APPEAL STATUS: | Entire record returned consisting of |
|---|---|
| Pleadings: | 1 |
| Loose pleadings: | 4 |

Please acknowledge receipt of these documents on the enclosed copy of this notice.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Received above record, if any, from the Clerk, U.S. Court of Appeals for the Seventh Circuit.

**Date:** _____

**Received by:** _____

form name: **c7_Record_Return_toDC** (form ID: **205**)